No. 09-9459. Carolyn E. O'Connor, Petitioner v. United States.

559 U.S. 1047, 130 S. Ct. 2360, 176 L. Ed. 2d 560, 2010 U.S. LEXIS 3092.

April 5, 2010. Motion of petitioner for leave to proceed in forma pauperis denied. Petition for writ of certiorari before judgment to the United States Court of Appeals for the Federal Circuit dismissed. See Rule 39.8.

No. 09M83. Juan Wiggins, Petitioner v. William F. Logan, et al.

559 U.S. 1047, 130 S. Ct. 2366, 176 L. Ed. 2d 560, 2010 U.S. LEXIS 2985.

April 5, 2010. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

No. 09M84. Norman B. Calvert, Petitioner v. United States.

559 U.S. 1047, 130 S. Ct. 2366, 176 L. Ed. 2d 560, 2010 U.S. LEXIS 2954.

April 5, 2010. Motion for leave to proceed as a veteran denied.

No. 08-1332. City of Ontario, California, et al., Petitioners v. Jeff Quon, et al.

559 U.S. 1047, 130 S. Ct. 2366, 176 L. Ed. 2d 560, 2010 U.S. LEXIS 2956.

April 5, 2010. Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted. Motion of The Rutherford Institute for leave to file a brief as amicus curiae granted.

No. 09-8259. Mike Redford, Petitioner v. Gwinnett County Judicial Circuit, et al.

559 U.S. 1047, 130 S. Ct. 2366, 176 L. Ed. 2d 560, 2010 U.S. LEXIS 2986.

April 5, 2010. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied.

No. 09-8954. In re Herbert Morton, Petitioner.

559 U.S. 1048, 130 S. Ct. 2348, 176 L. Ed. 2d 560, 2010 U.S. LEXIS 3050.

April 5, 2010. Petition for writ of mandamus denied.

No. 09-489. Theresa D'Jamoos, as Executrix of the Estate of Dawn Elizabeth Weingeroff, et al., Petitioners v. Pilatus Aircraft Ltd., et al.

559 U.S. 1048, 130 S. Ct. 2340, 176 L. Ed. 2d 560, 2010 U.S. LEXIS 3039.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 566 F.3d 94.

No. 09-498. Ismael John, et al., Petitioners v. United States.

No. 09-499. People of Bikini, Petitioner v. United States.

559 U.S. 1048, 130 S. Ct. 2340, 176 L. Ed. 2d 560, 2010 U.S. LEXIS 2937.

April 5, 2010. Petitions for writs of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same cases below, 554 F.3d 996.